**Fees Received - Detail**

**Matter Description** PAC v. ATOM/Olstowski - 2011  **Period** LTD
**Matter Number** 418939
**Client Number** 019594  **Client Name** Roper Technologies, Inc.

| Date | Invoice | Document | Ledger Code | Amount |
|---|---|---|---|---:|
| 7/25/2012 | 10531050 | WA050725 | PAYW | 24,814.35 |
| 8/14/2012 | 10535734 | WA070814 | PAYW | 41,948.46 |
| 9/18/2012 | 10543372 | WA010918 | PAYW | 39,397.06 |
| 10/29/2012 | 10551103 | WA371029 | PAYW | 46,977.50 |
| 11/23/2012 | 10558005 | WA041123 | PAYW | 87,935.00 |
| 12/20/2012 | 10561821 | WA261220 | PAYW | 48,002.78 |
| 1/23/2013 | 10566892 | WA180123 | PAYW | 5,940.00 |
| 7/9/2013 | 10598665 | WA040709 | PAYW | 2,100.00 |
| 7/9/2013 | 10601202 | WA040709 | PAYW | 22,863.00 |
| 8/6/2013 | 10608467 | WA030806 | PAYW | 43,610.00 |
| 10/16/2013 | 10619867 | WA081016 | PAYW | 3,034.00 |
| 11/13/2013 | 10625948 | WA171113 | PAYW | 210.00 |
| 11/7/2014 | 10692841 | WA051107 | PAYW | 6,716.00 |
| 11/26/2014 | 10696860 | WA071126 | PAYW | 31,463.00 |
| 2/11/2015 | 10706354 | WA030211 | PAYW | 40,004.00 |
| 3/11/2015 | 10717578 | WA170311 | PAYW | 3,358.00 |
| 6/9/2015 | 10738558 | WA070609 | PAYW | 29,859.00 |
| 7/22/2015 | 10746558 | WA110722 | PAYW | 2,983.50 |
| 8/25/2015 | 10750358 | WA070825 | PAYW | 1,224.00 |
| 5/10/2016 | 10801749 | WA150510 | PAYW | 397.50 |
| 5/10/2016 | 10803640 | WA150510 | PAYW | 4,293.00 |
| 11/23/2016 | 10841442 | WA161123 | PAYW | 11,686.50 |
| 5/10/2017 | 10878550 | WA260510 | PAYW | 4,150.00 |
| 6/19/2017 | 10890941 | WA100619 | PAYW | 20,335.00 |
| 6/28/2017 | 10891167 | WA120628 | PAYW | 17,596.00 |
| 8/14/2017 | 10902005 | WA200814 | PAYW | 13,446.00 |
| 8/31/2017 | 10905408 | WA070831 | PAYW | 45,882.50 |
| 10/11/2017 | 10910667 | WA201011 | PAYW | 9,462.00 |
| 4/16/2018 | 10955200 | WA120416 | PAYW | 36,197.00 |
| 5/7/2018 | 10955164 | WA050507 | PAYW | 122,155.00 |
| 5/31/2018 | 10962382 | WA020531 | PAYW | 175,457.25 |
| 8/10/2018 | 10981616 | WA050810 | PAYW | 13,217.00 |
| 8/10/2018 | 10981617 | WA050810 | PAYW | 5,312.00 |
| 8/31/2018 | 10982466 | WA020831 | PAYW | 84,744.00 |
|  |  |  |  | **1,046,770.40** |

**EXHIBIT A**