| | Alston & Bird Defense Fees Timekeeper Hours and Rates Per Invoice | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Invoice Date | Timekeeper hours related to civil theft claim | Fees requested related to civil theft claim | Total Fees | Total Hours Billed | Weighted Average Partner Rate $773 | Weighted Average Associate Rate $442 | Paralegal Rate $310 | Libarian Rate $195 | Case Clerk Rate $135 |
| June 18, 2012 | 34.9 | $ 26,977.70 | $ 29,064.80 | 37.6 | 37.6 | | | | |
| July 12, 2012 | 65.5 | $ 48,182.10 | $ 48,624.10 | 66.5 | 58.1 | 8.4 | | | |
| August 16, 2012 | 71.13 | $ 50,249.20 | $ 50,249.20 | 71.3 | 56.6 | 14.7 | | | |
| September 25, 2012 | 82.2 | $ 48,744.90 | $ 54,001.30 | 89 | 44.3 | 44.7 | | | |
| October 30, 2012 | 147.5 | $ 96,209.70 | $ 96,209.70 | 147.5 | 93.7 | 53.8 | | | |
| November 19, 2012 | 88.3 | $ 57,994.90 | $ 57,994.90 | 88.3 | 57.3 | 31 | | | |
| December 10, 2012 | 9 | $ 6,957.00 | $ 6,957.00 | 9 | 9 | | | | |
| May 22, 2013 | 1.3 | $ 1,004.90 | $ 2,319.00 | 3 | 3 | | | | |
| June 5, 2013 | 19.8 | $ 13,451.80 | $ 24,086.70 | 34.5 | 26.7 | 7.8 | | | |
| July 12, 2013 | 71.7 | $ 41,687.60 | $ 41,908.60 | 72.2 | 30.2 | 42 | | | |
| September 11, 2013 | 3.9 | $ 2,220.30 | $ 2,993.30 | 4.9 | 2.5 | 2.4 | | | |
| October 9, 2013 | 0.3 | $ 231.90 | $ 231.90 | 0.3 | 0.3 | | | | |
| September 19, 2014 | 6.9 | $ 5,333.70 | $ 7,111.60 | 9.2 | 9.2 | | | | |
| October 9, 2014 | 43.1 | $ 33,316.30 | $ 33,316.30 | 43.1 | 43.1 | | | | |
| November 21, 2014 | 56.3 | $ 42,526.90 | $ 42,526.90 | 56.3 | 53.3 | 3 | | | |
| January 26, 2015 | 4.6 | $ 3,555.80 | $ 3,555.80 | 4.6 | 4.6 | | | | |
| May 14, 2015 | 55.3 | $ 31,459.80 | $ 31,614.40 | 55.5 | 21.4 | 34.1 | | | |
| June 23, 2015 | 3.7 | $ 2,860.10 | $ 3,014.70 | 3.9 | 3.9 | | | | |
| July 14, 2015 | 1.6 | $ 1,236.80 | $ 1,236.80 | 1.6 | 1.6 | | | | |
| March 30, 2016 | 0.5 | $ 386.50 | $ 386.50 | 0.5 | 0.5 | | | | |
| April 6, 2016 | 5.4 | $ 4,174.20 | $ 4,174.20 | 5.4 | 5.4 | | | | |
| October 10, 2016 | 14.7 | $ 11,363.10 | $ 11,363.10 | 14.7 | 14.7 | | | | |
| April 7, 2017 | 5 | $ 3,865.00 | $ 3,865.00 | 5 | 5 | | | | |
| May 31, 2017 | 24.5 | $ 18,938.50 | $ 18,938.50 | 24.5 | 24.5 | | | | |
| June 2, 2017 | 21.2 | $ 16,387.60 | $ 16,387.60 | 21.2 | 21.2 | | | | |
| July 26, 2017 | 16.2 | $ 12,522.60 | $ 12,522.60 | 16.2 | 16.2 | | | | |
| August 10, 2017 | 60.5 | $ 42,794.50 | $ 42,794.50 | 60.5 | 48.5 | 12 | | | |
| September 7, 2017 | 11.4 | $ 8,812.20 | $ 8,812.20 | 11.4 | 11.4 | | | | |
| March 30, 2018 | 187 | $ 113,401.20 | $ 113,401.20 | 187 | 96.8 | 80.4 | 9.8 | | |
| March 30, 2018 | 62.4 | $ 33,925.40 | $ 33,925.40 | 62.4 | 25.6 | 27.3 | 4.5 | | 5 |
| April 30, 2018 | 243.8 | $ 161,675.20 | $ 163,607.70 | 246.3 | 175.8 | 49.4 | 16.6 | 2.1 | 2.4 |
| July 27, 2018 | 19.6 | $ 13,206.20 | $ 13,206.20 | 19.6 | 15.4 | | 4.2 | | |
| July 27, 2018 | 6.4 | $ 4,947.20 | $ 4,947.20 | 6.4 | 6.4 | | | | |
| July 31, 2018 | 55.3 | $ 37,627.10 | $ 74,254.30 | 116.3 | 73.1 | 33 | 10.2 | | |
| August 31, 2018 | 293 | $ 202,958.80 | $ 231,933.10 | 337 | 261.3 | 49.1 | 26.6 | | |
| Total | 1793.93 | $ 1,201,186.70 | $ 1,291,536.30 | 1932.7 | 1358.2 | 493.1 | 71.9 | 2.1 | 7.4 |
| Total Hours and Fees Requested | 1793.93 | $ 1,201,186.70 | | | | | | | |

Exhibit A-1