IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANEK OLSTOWSKI and ATOM INSTRUMENT CORPORATION, | § § § § | |
| Plaintiffs, | § § | Civil Action No. 4:12-cv-01811 |
| v. | § § § § | |
| PETROLEUM ANALYZER COMPANY, L.P., Defendant. | § § § | |

## PLAINTIFFS' NOTICE OF APPEAL

TO THE HONORABLE DISTRICT JUDGE:

NOTICE IS HEREBY GIVEN that Plaintiffs, FRANEK OLSTOWSKI and ATOM INSTRUMENT CORPORATION, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Award of Fees (Doc. 174), which was signed on April 25, 2019 but entered on April 26, 2019.

            Respectfully submitted,

            **HOOVER SLOVACEK LLP**

            By: */s/ Dylan B. Russell*
                **JOSEPH O. SLOVACEK**
                State Bar No. 18512300
                **DYLAN B. RUSSELL**
                State Bar No. 24041839
                5051 Westheimer Rd., Suite 1200
                Houston, Texas 77056
                Tel: (713) 977-8686
                Fax: (713) 977-5395

            **CO-COUNSEL FOR PLAINTIFFS**

**MATTHEWS LAWSON JOHNSON & JOSEPH, PLLC**

Guy E. Matthews
State Bar No. 132700
Attorney-in-Charge
Terry B. Joseph
State Bar No. 11029500
David M. Lodholz
State Bar No. 24070158
2000 Bering Drive, Suite 700
Houston, Texas 77057
Phone: 713.355.4200
Fax: 713.355.9689

**LEAD COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 24th day of May, 2019, a true and correct copy of the foregoing document was served via ECF to all counsel of record.

/s/ Dylan B. Russell
Dylan B. Russell