

United States Courts
Southern District of Texas
FILED
September 24, 2020
David J. Bradley, Clerk of Court

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
August 7, 2020
Lyle W. Cayce
Clerk

Certified as a true copy and issued
as the mandate on Sep 24, 2020

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 19-20151

Consolidated with: 19-20371

In the Matter of: Atom Instrument Corporation, doing business as Excitron Corporation,

    Debtor

Atom Instrument Corporation, doing business as Excitron Corporation; Franek Olstowski,

    Plaintiffs - Appellants

v.

PETROLEUM ANALYZER COMPANY, L.P.,

    Defendant - Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-1811

Before ELROD, SOUTHWICK, and HAYNES, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED and we REMAND to allow the district court to make the initial determination and award of appellate attorneys' fees to Petroleum Analyzer.

IT IS FURTHER ORDERED that appellants pay to appellee the costs on appeal to be taxed by the Clerk of this Court.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 24, 2020

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 19-20151 consolidated with 19-20371
            ATOM Instrument Corporation, et al v. Petroleum
            Analyzer Company
            USDC No. 4:12-CV-1811
            USDC No. 4:12-CV-1811

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Jann M. Wynne, Deputy Clerk
                                  504-310-7688

cc:  Ms. Ana Kim
     Ms. Christine Kirchner
     Mr. Steven Jon Knight
     Mr. Dylan B. Russell
     Mr. Joseph Osmond Slovacek