EXHIBIT B2



**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

October 29, 2019
Invoice # 1794447
Christine Kirchner

Roper Technologies, Inc.
Attn: █████████████
69014 Professional Parkway East
Suite 200
Sarasota, FL  34240

---

# INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending
August 31, 2019:

**Client.Matter: 141001 - 000006**

RE:   Appeal - ATOM v. PAC
         418939

| | |
|---|---|
| Total Professional Services | $ 5,191.00 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,191.00** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

October 29, 2019
Invoice #:  1794447

RE:  Appeal - ATOM v. PAC
     418939

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/14/19 | SJK | Work on obtaining the completed appellate record and interactions with Shane Nichols regarding same. | .50 | 212.50 |
| 8/20/19 | PTC | Conference with Steve Knight regarding post-judgment discovery to Atom and Olstowski. | .20 | 63.00 |
| 8/20/19 | SJK | Review e-mails regarding preparing Appellee's Briefs for the appeals; conference call with C. Kirchner regarding same; e-mail client regarding ███████████ | .70 | 297.50 |
| 8/21/19 | PTC | Revising requests for production and interrogatories to send to Atom as discovery in aid of execution. | 1.70 | 535.50 |
| 8/21/19 | PTC | Revising post-judgment interrogatories and requests for production to Frank Olstowski. | 1.30 | 409.50 |
| 8/22/19 | CAK | Consider email correspondence from Dylan Russell and request to stand down on post-judgment execution efforts; confer with Steve Knight and client to discuss ████████ | .30 | 127.50 |
| 8/22/19 | PTC | Additional revisions to post-judgment interrogatories and requests for production to Atom. | 1.90 | 598.50 |
| 8/22/19 | PTC | Continue Revising requests for production and interrogatories to be sent to Franek Olstowski as post-judgment discovery requests. | 1.70 | 535.50 |
| 8/22/19 | PTC | Reviewing correspondence regarding marshal's efforts to execute on judgment. | .10 | 31.50 |
| 8/22/19 | SJK | Conference call with opposing counsel and with court personnel regarding securing additional time to prepare Appellee's Brief, and prepare and file motion, seeking additional time. | 1.20 | 510.00 |
| 8/23/19 | CAK | Confer with Steve Knight and review correspondence to ████████ concerning status of extensions on briefs being prepared to the Fifth Circuit. | .20 | 85.00 |
| 8/23/19 | SJK | Receive order granting extension in part; send client an update with the recommendation to ███████████ ████████████████ | .80 | 340.00 |
| 8/26/19 | CAK | Confer with Steve Knight on email exchange with Dylan Russell concerning standing down on post-judgment collection and desire to move forward to put pressure on ATOM to file a bond. | .10 | 42.50 |
| 8/26/19 | SJK | Make extensive changes to post-judgment asset discovery (interrogatories and requests for production) to be served on the individual judgment debtor and the entity judgment debtor. | 3.20 | 1,360.00 |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

October 29, 2019
Invoice #: 1794447

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 8/27/19 | SJK | Review order granting motion to reconsider concerning request for additional time to prepare Appellee's Brief and send update to client. | .10 | 42.50 |

|  |  | TOTAL PROFESSIONAL SERVICES | 14.00 | $ 5,191.00 |

### SUMMARY OF PROFESSIONAL SERVICES

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| PTC | Pierce T Cox | Associate | 6.90 | 315.00 | 2,173.50 |
| CAK | Christine Kirchner | Shareholder | .60 | 425.00 | 255.00 |
| SJK | Steven J Knight | Shareholder | 6.50 | 425.00 | 2,762.50 |
|  |  |  | 14.00 |  | $ 5,191.00 |

**TOTAL THIS INVOICE**                                          $ 5,191.00



**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

Employer ID: 82-3774540

November 7, 2019
Invoice #  1799229
Christine Kirchner

Roper Technologies, Inc.
Attn: ███████████████
69014 Professional Parkway East
Suite 200
Sarasota, FL  34240

---

# INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending September 30, 2019:

**Client.Matter: 141001 - 000006**

RE:   Appeal - ATOM v. PAC
      418939

| | |
|---|---|
| Total Professional Services | $ 38,760.00 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 38,760.00** |
| Previous Balance | $ 5,191.00 |
| **TOTAL BALANCE DUE** | **$ 43,951.00** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

November 7, 2019
Invoice #: 1799229

RE:   Appeal - ATOM v. PAC
      418939

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| 9/03/19 | CAK | Confer with Steve Knight on preparation of factual background and chronology; discuss extension of time on substantive brief. | .70 | 297.50 |
| 9/03/19 | SJK | Analyze appellate records, including pleadings, motions and testimony, and take detailed notes in preparation for writing Appellee's Brief. | 3.40 | 1,445.00 |
| 9/04/19 | SJK | Analyze appellate records, including pleadings, motions and testimony, and take detailed notes in preparation for writing Appellee's Brief. | 3.00 | 1,275.00 |
| 9/06/19 | SJK | Analyze appellate records, including pleadings, motions and testimony, and take detailed notes in preparation for writing Appellee's Brief. | 1.30 | 552.50 |
| 9/09/19 | SJK | Analyze appellate records, including pleadings, motions and testimony, and take detailed notes in preparation for writing Appellee's Brief. | 4.70 | 1,997.50 |
| 9/10/19 | SJK | Analyze appellate records, including pleadings, motions and testimony, and take detailed notes in preparation for writing Appellee's Brief. | 2.80 | 1,190.00 |
| 9/11/19 | SJK | Analyze appellate records, including pleadings, motions and testimony, and take detailed notes in preparation for writing Appellee's Brief. | 3.80 | 1,615.00 |
| 9/12/19 | SJK | Analyze appellate records, including pleadings, motions and testimony, and take detailed notes in preparation for writing Appellee's Brief. | 3.10 | 1,317.50 |
| 9/13/19 | SJK | Analyze appellate records, including pleadings, motions and testimony, and take detailed notes in preparation for writing Appellee's Brief. | 1.10 | 467.50 |
| 9/16/19 | SJK | Review appellate record and take detailed notes in preparation for drafting Appellee's Brief. | 2.60 | 1,105.00 |
| 9/17/19 | SJK | Begin preparing factual background portion of Appellee's Brief with detailed citations to appellate record. | 6.80 | 2,890.00 |
| 9/18/19 | SJK | Continue developing detailed factual background section of Appellee's Brief with detailed cites to the appellate record. | 6.30 | 2,677.50 |
| 9/19/19 | CAK | Review of trial record on pertinent points to highlight for Steve Knight on preparation of findings of fact on appellate brief. | 3.60 | 1,530.00 |
| 9/19/19 | CAK | Review of management case orders and confer with Steve Knight █████████████ | 1.00 | 425.00 |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

November 7, 2019
Invoice #:  1799229

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/19/19 | SJK | Continue preparing Appellee's Brief, setting out key factual background in logical order with citations to the appellate record; prepare extension request with respect to the Appellee's Brief in the Fee Appeal. | 7.70 | 3,272.50 |
| 9/20/19 | SJK | Continue preparing lengthy factual background section of Appellee's Brief with citations to the appellate record. | 7.70 | 3,272.50 |
| 9/21/19 | SJK | Continue preparing lengthy and detailed factual background section of Appellee's Brief with key citations to the appellate record. | 4.30 | 1,827.50 |
| 9/23/19 | SJK | Continue preparing lengthy factual background section of Appellee's Brief with key citations to the appellate record; prepare section of Brief critiquing the Appellant's statement of the case; review and edit factual background section; correspondence with Marshal's office on collection issue; send update to client concerning ██████████████████ | 9.00 | 3,825.00 |
| 9/24/19 | SJK | Prepare argument section of Appellee's Brief with pinpoint citations to the appellate record; related legal research concerning ██████████████████ | 8.00 | 3,400.00 |
| 9/25/19 | SJK | Continue preparing legal argument section of Appellee's Brief; proof read and edit; ██████████████████ | 7.50 | 3,187.50 |
| 9/26/19 | SJK | Make minor changes to the statement of acts section of the Appellee's Brief ██████████ | .40 | 170.00 |
| 9/26/19 | SJK | Receive and review post-judgment discovery responses and discuss same with P. Cox. | .40 | 170.00 |
| 9/30/19 | SJK | ██████████████████████ begin preparation of second version of Appellee's Brief; Review Appellant's Brief in the Fee Appeal. | 2.00 | 850.00 |

TOTAL PROFESSIONAL SERVICES                    91.20           $ 38,760.00


### SUMMARY OF PROFESSIONAL SERVICES

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| CAK | Christine Kirchner | Shareholder | 5.30 | 425.00 | 2,252.50 |
| SJK | Steven J Knight | Shareholder | 85.90 | 425.00 | 36,507.50 |
| | | | 91.20 | | $ 38,760.00 |


**TOTAL THIS INVOICE**                                          **$ 38,760.00**

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

November 7, 2019
Invoice #:  1799229

### ACCOUNTS RECEIVABLE INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 1794447 | 10/29/19 | 5,191.00 | .00 | 5,191.00 |

| | |
|---|---|
| **Prior Balance** | **$ 5,191.00** |
| Current Invoice | $ 38,760.00 |
| **TOTAL BALANCE DUE** | **$ 43,951.00** |



# CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
## ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

November 20, 2019
Invoice #  1800936
Christine Kirchner

Roper Technologies, Inc.
Attn: ███████
69014 Professional Parkway East
Suite 200
Sarasota, FL  34240

---

# INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending October 31, 2019:

**Client.Matter: 141001 - 000006**

RE:  Appeal - ATOM v. PAC
418939

| | |
|---|---:|
| Total Professional Services | $ 21,102.50 |
| Total Disbursements Advanced | $ 48.96 |
| **TOTAL THIS INVOICE** | **$ 21,151.46** |
| Previous Balance | $ 43,951.00 |
| **TOTAL BALANCE DUE** | **$ 65,102.46** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

November 20, 2019
Invoice #:  1800936

RE:  Appeal - ATOM v. PAC
     418939

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 9/24/19 | CAK | Review the record cites and patent claims, confer with Steve Knight on preparation of factual background. | 2.40 | 1,020.00 |
| 9/24/19 | CAK | Review status email correspondence with█████████████████████████ | .30 | 127.50 |
| 9/25/19 | CAK | Work with Steve Knight on appellate brief and preparation of factual and procedural background. | 1.80 | 765.00 |
| 10/03/19 | CAK | Consideration of Shane Nichols comments on the brief and consider how to address with Steve Knight going forward. | .50 | 212.50 |
| 10/03/19 | PTC | Reviewing post-judgment discovery responses from ATOM and Olstowski. | .30 | 94.50 |
| 10/03/19 | PTC | Prepare summary of discovery responses and strategy to obtain additional information███████ | .20 | 63.00 |
| 10/03/19 | PTC | Analysis of authority regarding limits on discovery in aid of execution of judgment under relevant Federal and Texas Rules of Civil Procedure, and for potential use in conference letter to ATOM and Olstowski and Motion to Compel discovery responses. | .40 | 126.00 |
| 10/03/19 | PTC | Preparing correspondence to Dylan Russell regarding ATOM's and Olstowski's deficient post-judgment discovery responses, which impermissibly refuse to answer more than 25 interrogatories. | 1.40 | 441.00 |
| 10/03/19 | PTC | Begin preparing Motion to Compel Interrogatory Responses to fit preferred style for Judge Hughes to address deficient discovery responses by ATOM and Olstowski. | 1.80 | 567.00 |
| 10/03/19 | SJK | Review summary of discovery responses prepared by Pierce Cox and ████████████████; receive, review and contemplate comments to current version of the brief forwarded by Shane Nichols. | .70 | 297.50 |
| 10/04/19 | CAK | Participate in a telephone call with Shane Nichols along with Steve Knight to obtain clarification on some of his comments on the appellate brief and issues related to█████████████████████ | 1.00 | 425.00 |
| 10/04/19 | SJK | Continue contemplating Shane Nichol's comments to the current version of the brief,█████████████████████ | .70 | 297.50 |
| 10/07/19 | CAK | Meeting with Steve Knight to discuss background session and facts and comments of Shane Nichols. | .70 | 297.50 |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

November 20, 2019
Invoice #: 1800936

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/07/19 | CAK | Participate in telephone call with Shane Nichols to clarify comments on ███████████████ | 1.00 | 425.00 |
| 10/07/19 | CAK | Work with Steve Knight to finalize brief for filing. | 2.40 | 1,020.00 |
| 10/07/19 | SJK | Lengthy conference calls with Shane Nichols to better understand some of the issues he identified in critique of current version of the Appellee's Brief; conference call with client to ██████████████████████████████████████████████ extensive editing, proof reading, and cite-checking, oversee preparation of tables and indexes, and file the brief in the Fifth Circuit. | 10.80 | 4,590.00 |
| 10/08/19 | SJK | Receive notice from the Court of Appeals concerning a citation error contained in brief; correct citation error; and submit the proposed corrected brief in accordance with the instruction received. | .60 | 255.00 |
| 10/09/19 | JDS2 | Emails with Trinity Litigation Support to coordinate duplication of post-judgment discovery inspection at Hoover Slovacek. | .20 | 30.00 |
| 10/09/19 | PTC | Reviewing interrogatories and relevant authority regarding post-judgment discovery in aid of execution of judgment in preparation for reviewing ATOM's and Olstowski's responsive documents produced in situ at Hoover Slovacek. | .60 | 189.00 |
| 10/09/19 | PTC | Travel from Chamberlain Hrdlicka offices to Hoover Slovacek offices to review ATOM and Olstowski's documents produced in response to discovery in aid of execution. | .60 | 189.00 |
| 10/09/19 | PTC | Reviewing ATOM and Olstowski's documents produced in response to discovery in aid of execution at Hoover Slovacek | 1.80 | 567.00 |
| 10/09/19 | PTC | Return travel from Hoover Slovacek offices to Chamberlain Hrdlicka offices following in situ review of documents. | .70 | 220.50 |
| 10/09/19 | PTC | Confer with Steve Knight regarding initial takeaways from documents made available by ATOM and Olstowski. | .20 | 63.00 |
| 10/10/19 | SJK | Meeting with Pierce Cox regarding discovery in pursuit of the judgment on attorneys' fees and discuss next steps. | .30 | 127.50 |
| 10/10/19 | SJK | Begin preparation of the Appellee's Brief in the appeal of the attorney's fees award. | 1.40 | 595.00 |
| 10/11/19 | CAK | Confer with Pierce Cox on post-judgment discovery review and ████████████████████████████████████ | .20 | 85.00 |
| 10/14/19 | JDS2 | Receipt, review and download of post discovery production from document inspection at Hoover Slovacek. | .20 | 30.00 |
| 10/14/19 | SJK | Continue preparing Appellee's Brief in the fee appeal. | 1.50 | 637.50 |
| 10/15/19 | PTC | Confer with Steve Knight regarding preliminary findings from review of documents made available by ATOM and Olstowski at in situ inspection at Hoover Slovacek and status of securing copies of documents. | .30 | 94.50 |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

November 20, 2019
Invoice #:  1800936

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 10/15/19 | PTC | Reviewing correspondence from ATOM's and Olstowski's counsel regarding proposal for bond in lieu of judgment. | .10 | 31.50 |
| 10/15/19 | SJK | Conference call with client regarding ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ conference call with opposing counsel regarding turning over the case to Appellee in lieu of posting it in the court's registry. | .60 | 255.00 |
| 10/22/19 | SJK | Prepare Appellee's Brief in the Fee Appeal. | 4.50 | 1,912.50 |
| 10/23/19 | PTC | Confer with Christine Kirchner regarding ▮▮▮▮▮▮▮ | .10 | 31.50 |
| 10/23/19 | PTC | Confer with Steve Knight and Shane Nichols regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | .40 | 126.00 |
| 10/23/19 | PTC | Analyze Kirchner affidavit on fees, supporting attorney invoices, and briefing seeking award of attorneys fees and develop arguments ▮▮▮▮▮▮▮▮▮▮▮▮ | 1.10 | 346.50 |
| 10/23/19 | SJK | Work throughout the day to finalize the Appellee's Brief in the Fee Appeal; multiple conference calls with client and Shane Nichols regarding ▮▮▮▮▮▮▮▮ cite check Brief; oversee preparation of tables and indexes and file Brief. | 10.50 | 4,462.50 |
| 10/25/19 | SJK | Receive and review motion to deposit funds into the court's registry. | .20 | 85.00 |

TOTAL PROFESSIONAL SERVICES          52.50          $ 21,102.50

### SUMMARY OF PROFESSIONAL SERVICES

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| PTC | Pierce T Cox | Associate | 10.00 | 315.00 | 3,150.00 |
| CAK | Christine Kirchner | Shareholder | 10.30 | 425.00 | 4,377.50 |
| SJK | Steven J Knight | Shareholder | 31.80 | 425.00 | 13,515.00 |
| JDS2 | Jacob D Siegel | Paralegal | .40 | 150.00 | 60.00 |
| | | | 52.50 | | $ 21,102.50 |

### DISBURSEMENTS

| Date | Description | | Amount |
|------|-------------|---|--------|

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

November 20, 2019
Invoice #:  1800936

| Date | Description | Amount |
|------|-------------|--------|
| 10/10/19 | Delivery expense - Steve Knight to Lyle W. Cayce, Clerk, U.S. Court of Appeals, 5th Circuit, Federal Express, 10/10/2019 | 48.96 |

TOTAL DISBURSEMENTS                     $ 48.96

**TOTAL THIS INVOICE**                     **$ 21,151.46**

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

November 20, 2019
Invoice #:  1800936

## ACCOUNTS RECEIVABLE INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 1794447 | 10/29/19 | 5,191.00 | .00 | 5,191.00 |
| 1799229 | 11/07/19 | 38,760.00 | .00 | 38,760.00 |

| | |
|---|---|
| **Prior Balance** | **$ 43,951.00** |
| Current Invoice | $ 21,151.46 |
| **TOTAL BALANCE DUE** | **$ 65,102.46** |



**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

December 5, 2019
Invoice #  1803698
Christine Kirchner

Roper Technologies, Inc.
Attn: █████████
69014 Professional Parkway East
Suite 200
Sarasota, FL  34240

---

# INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending
November 30, 2019:

**Client.Matter: 141001 - 000006**

RE:   Appeal - ATOM v. PAC
      418939

| | |
|---|---:|
| Total Professional Services | $ 1,190.00 |
| Total Disbursements Advanced | $ 46.62 |
| **TOTAL THIS INVOICE** | **$ 1,236.62** |
| Previous Balance | $ 21,151.46 |
| **TOTAL BALANCE DUE** | **$ 22,388.08** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

December 5, 2019
Invoice #:  1803698

RE:   Appeal - ATOM v. PAC
      418939

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/01/19 | SJK | Review ATOM's motion regarding depositing cash in lieu of bond. | .10 | 42.50 |
| 11/06/19 | SJK | Receive and review order granting the motion to stay upon the filing of cash in lieu of a supersedeas bond. | .10 | 42.50 |
| 11/07/19 | CAK | Review reply brief of ATOM and discuss with Steve Knight ▮▮▮▮▮ | .50 | 212.50 |
| 11/07/19 | SJK | Correspondence with opposing counsel concerning request for extension of time to file reply brief on the fee appeal; receive and review reply brief in the merits appeal. | 1.60 | 680.00 |
| 11/13/19 | CAK | Confirm that Registry of the Court was paid $1.3 million and confer with Steve Knight on ▮▮▮▮▮▮▮▮▮ | .10 | 42.50 |
| 11/13/19 | SJK | Conference call with client ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ receive and review order acknowledging the cash deposit. | .40 | 170.00 |

TOTAL PROFESSIONAL SERVICES          2.80          $ 1,190.00

## SUMMARY OF PROFESSIONAL SERVICES

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|------|------------|-------------|-------|------|-------|
| CAK | Christine Kirchner | Shareholder | .60 | 425.00 | 255.00 |
| SJK | Steven J Knight | Shareholder | 2.20 | 425.00 | 935.00 |
| | | | **2.80** | | **$ 1,190.00** |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 10/24/19 | Delivery expense - Steve Knight to Lyle W. Cayce, Clerk, U.S. Court of Appeals - 5th Circuit, Federal Express, 10/24/2019 | 46.62 |

TOTAL DISBURSEMENTS          $ 46.62

**TOTAL THIS INVOICE**          **$ 1,236.62**

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

December 5, 2019
Invoice #:  1803698

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

December 5, 2019
Invoice #:  1803698

## ACCOUNTS RECEIVABLE INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 1800936 | 11/20/19 | 21,151.46 | .00 | 21,151.46 |

| | |
|---|---|
| **Prior Balance** | **$ 21,151.46** |
| Current Invoice | $ 1,236.62 |
| **TOTAL BALANCE DUE** | **$ 22,388.08** |



### CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

February 10, 2020
Invoice #  1811442
Christine Kirchner

Roper Technologies, Inc.
Attn: ███████
69014 Professional Parkway East
Suite 200
Sarasota, FL  34240

---

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending December 31, 2019:

**Client.Matter: 141001 - 000006**

RE:   Appeal - ATOM v. PAC
      418939

| | |
|---|---:|
| Total Professional Services | $ 340.00 |
| Total Disbursements Advanced | $ 450.33 |
| **TOTAL THIS INVOICE** | **$ 790.33** |
| Previous Balance | $ 284.58 |
| **TOTAL BALANCE DUE** | **$ 1,074.91** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

February 10, 2020
Invoice #:  1811442

RE:  Appeal - ATOM v. PAC
     418939

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 12/10/19 | CAK | Review Fifth Circuit Notice concerning consolidated oral argument to the bench in both cases for the week of February 3rd; confer with Steve Knight on importance of same. | .30 | 127.50 |
| 12/10/19 | SJK | Send update to client ███████████ | .20 | 85.00 |
| 12/19/19 | SJK | Review the court of appeals docket sheet and confirm compliance with deadlines. | .30 | 127.50 |

TOTAL PROFESSIONAL SERVICES            .80        $ 340.00

## SUMMARY OF PROFESSIONAL SERVICES

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| CAK | Christine Kirchner | Shareholder | .30 | 425.00 | 127.50 |
| SJK | Steven J Knight | Shareholder | .50 | 425.00 | 212.50 |
| | | | .80 | | $ 340.00 |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 10/16/19 | Olstowski documents to scan into eclipse database, Trinity Legal Discovery, 10/16/2019 | 450.33 |

TOTAL DISBURSEMENTS            $ 450.33

**TOTAL THIS INVOICE**            **$ 790.33**

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

February 10, 2020
Invoice #:  1811442

## ACCOUNTS RECEIVABLE INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 1800936 | 11/20/19 | 21,151.46 | 20,913.50 | 237.96 |
| 1803698 | 12/05/19 | 1,236.62 | 1,190.00 | 46.62 |

| | |
|---|---|
| **Prior Balance** | **$ 284.58** |
| Current Invoice | $ 790.33 |
| **TOTAL BALANCE DUE** | **$ 1,074.91** |



### CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.
#### ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

March 31, 2020
Invoice #  1820927
Christine Kirchner

Roper Technologies, Inc.
Attn: ████████████
69014 Professional Parkway East
Suite 200
Sarasota, FL  34240

---

# INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending
January 31, 2020:

**Client.Matter: 141001 - 000006**

RE:   Appeal - ATOM v. PAC
418939

| | |
|---|---:|
| Total Professional Services | $ 11,390.00 |
| Total Disbursements Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 11,390.00** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

March 31, 2020
Invoice #:  1820927

RE:   Appeal - ATOM v. PAC
      418939

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/28/20 | SJK | Begin preparation of detailed outline for the oral argument in the United States Court of Appeals for the Fifth Circuit; review briefs and key parts of the record; contemplate █████ | 3.20 | 1,360.00 |
| 1/29/20 | SJK | Continue preparing detailed oral argument outline for argument in the Fifth Circuit; review patents and arguments in briefs; contemplate ████████ | 7.20 | 3,060.00 |
| 1/30/20 | SJK | Continue developing detailed oral argument outline for argument in the Fifth Circuit; continue analyzing briefs from both appeals; confer with client concerning ██████████ | 8.10 | 3,442.50 |
| 1/31/20 | SJK | Continue preparing for oral argument in the Fifth Circuit Court of Appeals by developing very detailed argument outline that includes all essential arguments with specific record citations; review legal briefing, case law, and key portions of the appellate record. | 8.30 | 3,527.50 |

TOTAL PROFESSIONAL SERVICES                  26.80          $ 11,390.00

## SUMMARY OF PROFESSIONAL SERVICES

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| SJK | Steven J Knight | Shareholder | 26.80 | 425.00 | 11,390.00 |
|  |  |  | 26.80 |  | $ 11,390.00 |

**TOTAL THIS INVOICE**                                       $ 11,390.00



**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**
ATTORNEYS AT LAW

1200 Smith Street, Suite 1400
Houston, Texas 77002-4310
Telephone (713) 658-1818

Employer ID: 82-3774540

191 Peachtree St., N.E.
Forty-Sixth Floor
Atlanta, Georgia 30303
Telephone (404) 659-1410

April 15, 2020
Invoice #  1823176
Christine Kirchner

Roper Technologies, Inc.
Attn: ████████████
69014 Professional Parkway East
Suite 200
Sarasota, FL  34240

---

## INVOICE SUMMARY

For Professional Services Rendered and Disbursements Advanced for the period ending March 31, 2020:

**Client.Matter: 141001 - 000006**

RE:   Appeal - ATOM v. PAC
       418939

| | |
|---|---:|
| Total Professional Services | $ 11,220.00 |
| Total Disbursements Advanced | $ 1,019.39 |
| **TOTAL THIS INVOICE** | **$ 12,239.39** |
| Previous Balance | $ 11,390.00 |
| **TOTAL BALANCE DUE** | **$ 23,629.39** |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

April 15, 2020
Invoice #: 1823176

RE:  Appeal - ATOM v. PAC
     418939

## PROFESSIONAL SERVICES

| Date | Tkpr | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 2/01/20 | SJK | Continue developing oral argument outline for argument in the Fifth Circuit Court of Appeals; on-going review of key portions of the appellate record, briefing, and case law. | 4.90 | 2,082.50 |
| 2/03/20 | CAK | Conference with Steve Knight to comprehensively prepare for oral arguments before the Fifth Circuit Court of Appeals. Focus on ███████████████████████ | 2.20 | 935.00 |
| 2/03/20 | SJK | Travel from Houston to New Orleans for oral argument in the Fifth Circuit Court of Appeals; work throughout the day on argument outline; conference calls with client and Shane Nichols to ████████████████ contemplate and anticipate possible questions that the Panel of Judges may have based on the record and briefing. | 9.80 | 4,165.00 |
| 2/04/20 | SJK | Additional early-morning preparation for oral argument; appear at the Fifth Circuit Court of Appeals for oral argument; return travel to Houston from New Orleans. | 8.50 | 3,612.50 |
| 2/05/20 | SJK | Review oral argument recording and ████████████ ██████exchange e-mails with client, Christine Kirchner, and Shane Nichols regarding ██████████ | 1.00 | 425.00 |

TOTAL PROFESSIONAL SERVICES          26.40          $ 11,220.00

## SUMMARY OF PROFESSIONAL SERVICES

| Init | Timekeeper | Staff Level | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| CAK | Christine Kirchner | Shareholder | 2.20 | 425.00 | 935.00 |
| SJK | Steven J Knight | Shareholder | 24.20 | 425.00 | 10,285.00 |
|  |  |  | **26.40** |  | **$ 11,220.00** |

## DISBURSEMENTS

| Date | Description | Amount |
|------|-------------|--------|
| 2/03/20 | Working meals, Steve J. Knight, 2/3/2020 | 7.66 |
| 2/03/20 | Working meals, Steve J. Knight, 2/3/2020 | 24.94 |
| 2/03/20 | Taxi, Steve J. Knight, 2/3/2020 | 41.40 |
| 2/03/20 | Airfare - New Orleans, LA., Steve J. Knight, 2/3/2020 | 497.80 |

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

April 15, 2020
Invoice #:  1823176

| Date | Description | Amount |
|------|-------------|--------|
| 2/04/20 | Airport parking, Steve J. Knight, 2/4/2020 | 48.00 |
| 2/04/20 | Working meals, Steve J. Knight, 2/4/2020 | 39.00 |
| 2/04/20 | Hotel - New Orleans, LA., Steve J. Knight, 2/4/2020 | 319.19 |
| 2/04/20 | Taxi, Steve J. Knight, 2/4/2020 | 41.40 |

TOTAL DISBURSEMENTS                     $ 1,019.39

**TOTAL THIS INVOICE**                     **$ 12,239.39**

CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.

Client.Matter: 141001 - 000006

April 15, 2020
Invoice #: 1823176

## ACCOUNTS RECEIVABLE INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 1820927 | 3/31/20 | 11,390.00 | .00 | 11,390.00 |

| | |
|---|---|
| **Prior Balance** | **$ 11,390.00** |
| Current Invoice | $ 12,239.39 |
| **TOTAL BALANCE DUE** | **$ 23,629.39** |

4